Before STATE INDUSTRIAL BOARD, Respondent. LAWRENCE GOODMAN, Respondent, v. CAMP HIGHLAND and Another Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

JOSEPH HINES, Respondent, v. THE TOWN OF EASTON, Appellant.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur; Van Kirk, J., not sitting.

KATHERINE E. HINES, Respondent, v. THE TOWN OF EASTON, Appellant.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur; Van Kirk, J., not sitting.

WILLIAM HINES, Respondent, v. THE TOWN OF EASTON, Appellant.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur; Van Kirk, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. HERMAN LADISKY, Respondent, v. SHEFFIELD FARMS Co., INC., Appellant.— Motion denied.

In the Matter of the Application of BERNARD BENSON for a Writ of Habeas Corpus.— Motion denied.

In the Matter of the Application of MAUDE L. BANCROFT, Respondent, for an Order of Mandamus against EDWARD McGRAW, as Commissioner of Elections of the County of Rensselaer, Appellant.— Motion denied, with ten dollars costs.

In the Matter of the Application for the Investigation of the Expenditures of the VILLAGE OF MONTICELLO, under Section 4 of the General Municipal Law. H. LYNDEN HATCH and Others, Appellants; THOMAS DARBY and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

SELDON E. NICHOLS, Appellant, v. LOUIS W. EMERSON and Another, as Executors, etc., of JAMES A. EMERSON, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH OSTAPOVITCH, Respondent, v. CHARLES WAGNER and Another, Appellants.— Motion denied, with ten dollars costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES OESTREICHER, Respondent, v. TAYLOR & COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS PENDERGAST, Respondent, v. KINGSTON DRY DOCK AND CONSTRUCTION COMPANY and Another, Appellants.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN LIGHT AND POWER Co., INC., v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SADIE BETAR, Appellant.— Judgment of conviction unanimously affirmed, on the authority of *People ex rel. Pasco* v. *Trombly* (173 App. Div. 497).

Before STATE INDUSTRIAL BOARD, Respondent. BONIFICIO PETTINELLI, Respondent, v. DEGNON CONSTRUCTION COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.